IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,            ) | No. CR 06-0397-PHX-NVW |
|                             )  | |
| Plaintiff/Respondent,   ) | No. CV 06-2162-PHX-NVW |
|                             ) | |
| vs.                                      ) | **ORDER** |
|                             ) | |
| Jorge Alberto Montes-Camargo,  ) | |
|                             ) | |
| Defendant/Movant.      ) | |
|                             ) | |

Before the court is the defendant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. Section 2255 (doc. #21) and the government's Response (doc. #56). No reply was filed. On July 27, 2007, United States Magistrate Judge Jay Irwin issued a Report and Recommendation ("R & R") (doc. #57) recommending that the defendant's Motion to Vacate, Set Aside or Correct Sentence be dismissed with prejudice. No objections were filed to the R & R, and the time to do so expired on August 10, 2007.

Because the parties did not file objections, the court need not review any of the Magistrate Judge's determinations on dispositive matters. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."). The absence of a timely objection also means that error may not be assigned on appeal to any defect in the rulings of the Magistrate Judge on any non-dispositive matters. Fed. R. Civ. P. 72(a)

1  ("Within 10 days after being served with a copy of the magistrate judge's order, a party may
2  serve and file objections to the order; a party may not thereafter assign as error a defect in
3  the magistrate judge's order to which objection was not timely made."); *Simpson v. Lear*
4  *Astronics Corp.*, 77 F.3d 1170, 1174 (9th Cir. 1996); *Philipps v. GMC*, 289 F.3d 1117, 1120-
5  21 (9th Cir. 2002).

6       The court will accept the R&R and deny and dismiss the Motion to Vacate, Set Aside
7  or Correct Sentence. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept,
8  reject, or modify, in whole or in part, the findings or recommendations made by the
9  magistrate").

10       IT IS THEREFORE ORDERED accepting the Report and Recommendation of
11  Magistrate Judge Irwin (doc. #57).

12       IT IS FURTHER ORDERED that the Clerk of the Court enter judgment denying and
13  dismissing with prejudice defendant's Motion to Vacate, Set Aside or Correct Sentence
14  pursuant to 28 U.S.C. Section 2255 (doc. #21). The Clerk of the Court shall terminate this
15  action.

16       DATED this 28th day of August 2007.

_____
Neil V. Wake
United States District Judge